**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Defendants Barstool Sports, Inc.
and The Chernin Group, LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| DAVID MCGLYNN,<br><br>                              Plaintiff,<br><br>      v.<br><br>BARSTOOL SPORTS, INC. and<br>THE CHERNIN GROUP, LLC,<br><br>                              Defendants. | No. 1:16-cv-04908-VEC |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, Dean N. Razavi, formerly of Katten Muchin Rosenman

LLP, respectfully moves this Court for an order granting leave to withdraw as counsel of record

for defendants Barstool Sports, Inc. and The Chernin Group, LLC in the above-captioned case.

Local Civil Rule 1.4 provides that:

> An attorney who has appeared as attorney of record for any party may be relieved
> or displaced only by order of the Court and may not withdraw from a case without
> leave of the Court granted by order. Such an order may be granted only upon a
> showing by affidavit or otherwise of satisfactory reasons for withdrawal or
> displacement . . . .

Withdrawal of Mr. Razavi as counsel of record will not unduly prejudice defendants or

cause any delay in these proceedings as Gloria Shaw and Margaret McQuade will continue to

represent defendants.

For the foregoing reasons, Mr. Razavi respectfully requests that the Court grant this motion to withdraw as counsel for defendants in this matter.

Dated: August 15, 2016

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**


By:    s/Dean N. Razavi

       Dean N. Razavi

575 Madison Avenue
New York, NY 10022
(212) 940-8800
Phone: (212) 940-6743
Fax: (212) 894-5968
E-mail: dean.razavi@kattenlaw.com