**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022
(212) 940-8800 (p)
(212) 940-8776 (f)

*Attorneys for Defendants Barstool Sports, Inc. and The Chernin Group, LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/16/16
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DAVID MCGLYNN,

                          Plaintiff,

    v.

BARSTOOL SPORTS, INC. and
THE CHERNIN GROUP, LLC,

                        Defendants.

No. 1:16-cv-04908-VEC

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

    Before the Court is the Motion to Withdraw the appearance of Dean N. Razavi as counsel of record for defendants Barstool Sports, Inc. and The Chernin Group, LLC ("Defendants") in the above-referenced case. Having considered the Motion, the Court is of the opinion that it should be granted.

    IT IS on this 16th day of August, 2016, hereby ORDERED that Dean N. Razavi shall be deemed to have withdrawn as counsel for Defendants.

                                                  _____
                                                  Hon. Valerie E. Caproni, U.S.D.J.